In The United States District Court
For the Northern District of Illinois

Eric Ware )
v. ) 06-CV-6455
Warden McCann )

Motion For Post Judgment Relief

FILED
MAY 0 8 2007aew
MAY 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Now comes the plaintiff, Eric Ware, pro-se and moves this Honorable Court to allow him a Post Judgment Relief pursuant to the Federal Rules of Civil Procedure 60(b), and States as follows:

1. Previously this Honorable Court denied the plaintiff's request for a Temporary Restraining Order, and further struck his request for injunctive relief with prejudice.

2. The plaintiff seeks for this Court to reavaluate its previous decision, because the plaintiff is still under the exact same on going constitutional deprivations, and injunctive relief is appropriate only to remedy an ongoing constitutional violation, Al-Alamin V. Gramley, 926 F.2d 680, 685 (7th Cir 1982).

3. The plaintiff continually suffers ever time he is transfered back to Stateville on Court Writ, which has been at least 3 weeks at a time, and still suffers the deprivations which are designated below;

(A) Zero Access to A law library; or his typewritter;

(B) Roaches crawling all over him and in his food;
(c) The noise level is absolutely unbearable and due to plaintiff's psychological issues it is dangerous to his safety, inmates bang and holler 24 hours a day;
(d) The medical staff does not answer inmates sick call request, and plaintiff is an asthmatic;
(e) There is nothing to clean the cells with, and dirt and dust is all over the cells and galleries which is dangerous to plaintiff's health
(f) The food portions are absolutely inadequate and unnutritious;
(G) The paint in the cells has pealed and theres grafitti all over the walls, which has been there for years;
(H) Plaintiff recieves only one roll of toilet paper a week;
(I) Has zero access to yard or religious service;
(J) Has zero access to mailing envelopes and has to traffic and trade his food off of his tray to recieve writing materials.

4. The plaintiff will have to come back to Stateville again and suffer all over again.

Wherefore the plaintiff prays for an immediate injunction or preliminary injunction, and for this Court to relieve him from its previous judgment

Respectfully Submitted
Eric Allen R32516
5/3/07